IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**MELVIN WOODARD,**

    **Plaintiff,**

v.                                                          Case No.  4:20cv311-MW/MAF

**TAPIA M. WALLACE,**
**et al.,**

    **Defendants.**
_____/

**ORDER ACCEPTING AND ADOPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 5. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. This case is **TRANSFERRED** to the United States District Court for the Middle District of Florida, Jacksonville Division, for all further proceedings. The Clerk must take all steps to effect the transfer and close the file.

**SO ORDERED on August 31, 2020.**

                                                                s/ MARK E. WALKER
                                                                **Chief United States District Judge**